```
HALL HUGUENIN LLP
HOWARD D. HALL, State Bar No. 145024
  hdhall@hhlawyers.com
ROBERT J. IM, State Bar No. 299613
  rim@hhlawyers.com
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996
```

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PEARSON,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; GREENPOINT MORTGAGE FUNDING, INC. Its Successors And/or Assigns,<br><br>    Defendants. | CASE NO. 5:16-cv-01079-CAS-AJW<br><br>**NOTICE OF MOTION OF DEFENDANT NATIONSTAR MORTGAGE LLC TO EXPUNGE *LIS PENDENS* AND REQUEST FOR ATTORNEYS' FEES**<br><br>JUDGE: Hon. Christina A. Snyder<br>DATE:   December 18, 2017<br>TIME:   10:00 a.m.<br>CRTRM.: 8D<br><br>*Concurrently submitted with: (1) Motion; (2) Declaration of Robert J. Im; and (3) Request for Judicial Notice*<br><br>ACTION FILED: May 24, 2016<br>TRIAL DATE:   None Set |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that on December 18, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard in the matter in above-entitled Court, Defendant NATIONSTAR MORTGAGE LLC ("Nationstar") will bring for hearing before the Honorable Christina A. Snyder, United States District Judge, in Courtroom 8D of the United States Courthouse located at 350 West First Street, Los Angeles, California 90012, a Motion to Expunge the Notice of Pendency of Action ("*Lis Pendens*") recorded in connection with this Action.

1  This Motion is brought pursuant to California Code of Civil Procedure
2  sections 405.30 and 405.32 on the grounds that Plaintiff MARTIN PEARSON
3  cannot establish the requisite probable validity of his real property claims in this
4  Action.
5  Nationstar also moves the Court for an award of attorneys' fees in the amount
6  of $2,700.00 pursuant to California Code of Civil Procedure section 405.38 as the
7  party prevailing on this Motion.
8  This Motion is based upon this Notice, the records and papers on file herein,
9  the concurrently submitted Motion and Memorandum of Points and Authorities,
10  Declaration of Robert J. Im, and Request for Judicial Notice; all other matters of
11  which the Court may take judicial notice of; and any argument, or evidence, that
12  may be presented to, or considered by, the Court prior to its ruling.
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**Certification Pursuant to Local Rule 7-3**

This Motion is made following Nationstar's counsel's efforts to meet and confer with Plaintiff since October 30, 2017 including numerous attempts to speak to Plaintiff and two letters sent to Plaintiff via U.S. mail and e-mail setting forth the grounds upon which Nationstar seeks an order expunging the *Lis Pendens*.

DATED: November 14, 2017           Respectfully submitted,

                                                    HALL HUGUENIN LLP

                                                    By:   */s/ Robert J. Im*
                                                            Howard D. Hall
                                                            Robert J. Im
                                                  Attorneys for Defendant
                                                  NATIONSTAR MORTGAGE LLC

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, 10th Floor, Santa Ana, CA 92705-4052.

On November 14, 2017, I served the within document(s) described as:

**NOTICE OF MOTION OF DEFENDANT NATIONSTAR MORTGAGE LLC TO EXPUNGE *LIS PENDENS* AND REQUEST FOR ATTORNEYS' FEES**

on each interested party in this action as stated below:

> Martin Pearson
> 1168 Deborah Street
> Upland, CA  91784
> (909) 702-8112; Fax (909) 909-899-3881
> marty007@yahoo.com
> **PLAINTIFF IN PRO PER**

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by Overnight Delivery and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Overnight Delivery or delivered such document(s) to a courier or driver authorized by Overnight Delivery to receive documents.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 14, 2017, at Santa Ana, California.

                                            */s/ Carina Arreola Gallardo*
                                            Carina Arreola Gallardo