HALL HUGUENIN LLP
HOWARD D. HALL, State Bar No. 145024
  hdhall@hhlawyers.com
ROBERT J. IM, State Bar No. 299613
  rim@hhlawyers.com
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PEARSON,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; GREENPOINT MORTGAGE FUNDING, INC. Its Successors And/or Assigns,<br><br>Defendants. | CASE NO. 5:16-cv-01079-CAS-AJW<br><br>**MOTION OF DEFENDANT NATIONSTAR MORTGAGE LLC TO EXPUNGE *LIS PENDENS* AND REQUEST FOR ATTORNEYS' FEES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>JUDGE: Hon. Christina A. Snyder<br>DATE: December 18, 2017<br>TIME: 10:00 a.m.<br>CRTRM.: 8D<br><br>*Concurrently submitted with: (1) Notice; (2) Declaration of Robert J. Im; and (3) Request for Judicial Notice*<br><br>ACTION FILED: May 24, 2016<br>TRIAL DATE: None Set |

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    INTRODUCTION**

Plaintiff Martin Pearson ("Plaintiff") filed this Action against Defendants Nationstar Mortgage LLC ("Nationstar") and Greenpoint Mortgage Funding, Inc. ("Greenpoint") on May 24, 2016. (Docket ["Dkt."], No. 1.) On June 3, 2016, Plaintiff caused to be recorded a Notice of Pendency of Action ("*Lis Pendens*") against the real property located at 1168 Deborah Street, Upland, California 91784

(the "Upland Property") in the San Bernardino County Office of the Recorder. (Request for Judicial Notice ["RJN"], Ex. "A.") The *Lis Pendens* effectively serves as public notice that a lawsuit pertaining to the Upland Property is pending. (*Id.*)

However, on July 18, 2016, the Court granted Nationstar's Motion to Dismiss with prejudice and Nationstar was dismissed from this Action. (Dkt., No. 20.) Subsequently, on September 26, 2016, the Court denied Plaintiff's Motion for Entry of Default Judgment Against Greenpoint and dismissed Plaintiff's claims against Greenpoint with prejudice. (Dkt., No. 30.) Plaintiff appealed to the Ninth Circuit. (Dkt., No. 32.) On November 9, 2017, the Ninth Circuit issued a Memorandum affirming the Court's dismissal of the Action. (Dkt., No. 34.) Yet, the *Lis Pendens* remains recorded against the Upland Property.

## II. THIS COURT HAS AUTHORITY TO EXPUNGE THE *LIS PENDENS*

Under California Code of Civil Procedure section 405.30, "[a]t any time after notice of pendency of action has been recorded, any party . . . may apply to the court in which the action is pending to expunge the notice." Section 405.30, and the related sections, "applies to an action pending in any United States District Court in the same manner that it applies to an action pending in the courts of this state." (Cal. Code Civ. Proc. § 405.5.) This Action is "pending" until the time for appeal has expired. (*Id.* § 1049.) While the Ninth Circuit has affirmed the Court's dismissal of this Action, Plaintiff still has fourteen days to file a petition for a rehearing and ninety days to appeal the Ninth Circuit's decision to the Supreme Court. (Fed. R. App. P. 35(c), 40; 28 U.S.C. § 2101.) As such, this Action is still pending and Nationstar may move this Court for an order expunging the *Lis Pendens*.

/ / /
/ / /
/ / /
/ / /

## III. THE *LIS PENDENS* SHOULD BE EXPUNGED BECAUSE PLAINTIFF CANNOT ESTABLISH THE "PROBABLE VALIDITY" OF HIS CLAIM

A lis pendens shall be expunged "if the court finds that the claimant has not established by a preponderance of the evidence the probable validity of the real property claim." (Cal. Code Civ. Proc. § 405.32.) As such, Plaintiff carries the burden to establish that it is more likely than not that he will prevail on the real property claims in this Action and would obtain a judgment against Nationstar and/or Greenpoint. (*Id.*; *Mix v. Superior Court*, 124 Cal. App. 4th 987, 993, 21 Cal. Rptr. 3d 826, 830 (2004).)

Plaintiff cannot meet this burden because this Court has dismissed all of Plaintiff's claims in this Action and the Ninth Circuit has affirmed this decision. As the *Mix* court explained:

> [Section 405.32] requires nothing less than that the trial court grant a motion for the expungement of lis pendens pending appeal in the wake of the defeat of the claimant in the trial court. There is but one, very unlikely, exception, inherent in the statutory language of probable validity: If the trial judge himself or herself is willing to find, on the record, that the trial court's ruling will "probably" be overturned on appeal, then the trial court should deny the motion. Of course, it is going to be a rare case indeed where the trial court will be willing to state on the record that its decision in a case will "probably" be reversed. Ninety-nine-point-ninety-nine percent of the time expungment will be required.

(*Mix*, 124 Cal. App. 4th at 989, 21 Cal. Rptr. 3d at 828.) Effectively, aside from this one exception, "[i]t is almost impossible to prevent a lis pendens from being expunged if the claimant loses." (*Mix*, 124 Cal. App. 4th at 996, 21 Cal. Rptr. 3d at 833.) Therefore, Plaintiff cannot establish the probable validity of any of his claims in this Action and Nationstar respectfully requests that this Court issue an order expunging the *Lis Pendens*.

/ / /

/ / /

1  IV.  **NATIONSTAR IS ENTITLED TO RECOVERY OF ITS ATTORNEYS'**
2       **FEES**
3       A party prevailing on a motion to expunge a lis pendens shall "be awarded the
4  reasonable attorney's fees and costs of making or opposing the motion unless the
5  court finds that the other party acted with substantial justification or that other
6  circumstances make the imposition of attorney's fees and costs unjust." (Cal. Code
7  Civ. Proc. § 405.38.) Here, there are no circumstances precluding an award of fees
8  to Nationstar for filing this Motion. The Court disposed of this Action in *September
9  2016* and the Ninth Circuit affirmed the Court's decision. Yet, Plaintiff has not
10 withdrawn the *Lis Pendens* and it remains recorded as a cloud on title to the Upland
11 Property.
12      Nationstar's counsel has incurred approximately five (5) hours in preparing
13 this Motion. (Declaration of Robert J. Im ["Im Decl."], ¶ 2.) Nationstar's counsel
14 anticipates spending at least three (3) hours reviewing Plaintiff's Opposition and
15 preparing a Reply. (*Id.*) Nationstar's counsel also anticipates spending at least four
16 (4) hours preparing for and personally appearing at the hearing on this Motion,
17 including travel from Orange County, California. (*Id.*) Nationstar's counsel's hourly
18 rate in this Action is $225.00 per hour and therefore, Nationstar respectfully requests
19 an award of attorneys' fees in the total amount of $2,700.00. (*Id.*, ¶ 3.)
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

## V. CONCLUSION

For the foregoing reasons, Plaintiff cannot meet his burden and establish the probable validity of any of the claims in this Action. As such, Nationstar respectfully requests that this Court issue an order expunging the *Lis Pendens* and awarding Nationstar $2,700.00 for the attorneys' fees it incurred in connection with this Motion.

DATED:  November 14, 2017         Respectfully submitted,

                                                 HALL HUGUENIN LLP

                                                 By:     */s/ Robert J. Im*
                                                        Howard D. Hall
                                                        Robert J. Im
                                               Attorneys for Defendant
                                             NATIONSTAR MORTGAGE LLC

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, 10th Floor, Santa Ana, CA 92705-4052.

On November 14, 2017, I served the within document(s) described as:

**MOTION OF DEFENDANT NATIONSTAR MORTGAGE LLC TO EXPUNGE *LIS PENDENS* AND REQUEST FOR ATTORNEYS' FEES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

on each interested party in this action as stated below:

> Martin Pearson
> 1168 Deborah Street
> Upland, CA 91784
> (909) 702-8112; Fax (909) 909-899-3881
> marty007@yahoo.com
> **PLAINTIFF IN PRO PER**

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by Overnight Delivery and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Overnight Delivery or delivered such document(s) to a courier or driver authorized by Overnight Delivery to receive documents.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

/ / /

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct and that I am employed in the office
3  of a member of the bar of this Court at whose direction the service was made.
4  Executed on November 14, 2017, at Santa Ana, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Carina Arreola Gallardo*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Carina Arreola Gallardo