HALL HUGUENIN LLP
HOWARD D. HALL, State Bar No. 145024
  hdhall@hhlawyers.com
ROBERT J. IM, State Bar No. 299613
  rim@hhlawyers.com
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PEARSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>NATIONSTAR MORTGAGE, LLC; GREENPOINT MORTGAGE FUNDING, INC. Its Successors And/or Assigns,<br><br>        Defendants. | CASE NO. 5:16-cv-01079-CAS-AJW<br><br>**DECLARATION OF ROBERT J. IM IN SUPPORT OF MOTION OF DEFENDANT NATIONSTAR MORTGAGE LLC TO EXPUNGE *LIS PENDENS* AND REQUEST FOR ATTORNEYS' FEES**<br><br>JUDGE: Hon. Christina A. Snyder<br>DATE:   December 18, 2017<br>TIME:   10:00 a.m.<br>CRTRM.:8D<br><br>*Concurrently submitted with: (1) Notice; (2) Motion; and (3) Request for Judicial Notice*<br><br>ACTION FILED: May 24, 2016<br>TRIAL DATE:   None Set |

## DECLARATION OF ROBERT J. IM

I, Robert J. Im, declare as follows:

1.  I am an attorney at law duly licensed to practice before all of the courts in the State of California. I am an attorney with the law firm of Hall Huguenin LLP, counsel of record for Defendant NATIONSTAR MORTGAGE LLC in this Action. I am over the age of eighteen years, am not suffering from any mental disability, and am legally competent to make this Declaration. I have personal knowledge of the

facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I submit this Declaration in support of the concurrently submitted Motion of Nationstar to Expunge *Lis Pendens* and Request for Attorneys' Fees.

2. I have incurred at least five (5) hours in preparing this Motion. I anticipate spending at least three (3) hours reviewing Plaintiff Martin Pearson's ("Plaintiff") Opposition to this Motion and preparing a Reply. I further anticipate spending at least four (4) hours preparing for and personally appearing at the hearing on this Motion, including travel from Orange County, California.

3. My hourly rate in representing Nationstar in this Action is $225.00. Therefore, Nationstar requests an award of attorneys' fees in the total amount of $2,700.00 (i.e., 12 hours x $225.00).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 14th day of November, 2017, at Santa Ana, California.

                                        */s/ Robert J. Im*
                                        Robert J. Im

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1851 East First Street, 10th Floor, Santa Ana, CA 92705-4052.

On November 14, 2017, I served the within document(s) described as:

**DECLARATION OF ROBERT J. IM IN SUPPORT OF MOTION OF DEFENDANT NATIONSTAR MORTGAGE LLC TO EXPUNGE *LIS PENDENS* AND REQUEST FOR ATTORNEYS' FEES**

on each interested party in this action as stated below:

> Martin Pearson
> 1168 Deborah Street
> Upland, CA  91784
> (909) 702-8112; Fax (909) 909-899-3881
> marty007@yahoo.com
> **PLAINTIFF IN PRO PER**

**BY OVERNIGHT DELIVERY:**  I enclosed said document(s) in an envelope or package provided by Overnight Delivery and addressed to the persons at the addresses listed in the Service List.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Overnight Delivery or delivered such document(s) to a courier or driver authorized by Overnight Delivery to receive documents.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

/ / /
/ / /
/ / /
/ / /

1     I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct and that I am employed in the office
3 of a member of the bar of this Court at whose direction the service was made.
4     Executed on November 14, 2017, at Santa Ana, California.

                                              */s/ Carina Arreola Gallardo*
                                              Carina Arreola Gallardo

HALL HUGUENIN